[No. 8792–4–I.   Division One.   March 15, 1982.]

CHERYL AKMAN, *Appellant,* v. SANDRA ELLEN
GRAVES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 837498, Jack P. Scholfield, J., entered April 23,
1980. *Reversed* by unpublished per curiam opinion.

[No. 9475–1–I.   Division One.   March 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD
WARMBO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–03070–3, Jack Richey, J. Pro Tem.,
entered October 31, 1980. *Affirmed* by unpublished opinion
per James, J., concurred in by Andersen, C.J., and Corbett,
J.

[No. 4645–II.   Division Two.   March 16, 1982.]

HARBOR ADJUSTMENT COMPANY, INC., ET AL, *Appellants,*
v. ALICE LAW, *Respondent.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 72013, John H. Kirkwood, J., entered
March 28, 1980. *Affirmed in part* and *reversed in part* by
unpublished opinion per Johnson, J. Pro Tem., concurred
in by Petrich, A.C.J., and Petrie, J.